IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

FILED
JUN 14 2000

LARRY W. PROPES, CLERK
COLUMBIA, S.C.

| | |
|---|---|
| DR. CYNTHIA COLBERT,<br>DR. MARGARET BELL GREDLER,<br>DR. JOAN ALTEKRUSE,<br>DR. DIANE FOLLINGSTAD, and<br>DR. NATALIE H. KAUFMAN,<br>on behalf of themselves and other<br>faculty similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF<br>SOUTH CAROLINA,<br><br>        Defendant. | Civil Action No. 3:94-2997-0 |

**CONSENT ORDER**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, with the consent of all parties, and for good cause shown, this Court orders that the University of South Carolina's time for responding to Plaintiffs' Verified Motion to Restore Case to Docket, and For Leave to Join Additional Parties and File Supplemental Complaint, With Supporting Authority; and Plaintiffs' Motion for Leave to Intervene and to Add Parties Defendant, with Supporting Authority, be extended until July 1, 2000.

IT IS SO ORDERED.

Dated: June 14 2000

_____
United States District Judge