IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| DR. CYNTHIA COLBERT,<br>DR. MARGARET BELL GREDLER,<br>DR. JOAN ALTEKRUSE,<br>DR. DIANE FOLLINGSTAD, and<br>DR. NATALIE H. KAUFMAN,<br>on behalf of themselves and other<br>faculty similarly situated<br><br>            Plaintiffs,<br><br>            v.<br><br>THE UNIVERSITY OF<br>OF SOUTH CAROLINA<br><br>            Defendant. | ORIGINAL FILED /s/<br><br>JUL 0 6 2000<br><br>LARRY W. _____, CLERK<br>COLUMBIA, S. C.<br><br>**FILED**<br><br>JUL 1 4 2000<br><br>LARRY W. PROPES, CLERK<br>COLUMBIA, S. C.<br><br>Civil Action No. 3:94-2997-0<br><br>eod<br>7-14-00 |

**MOTION TO ALLOW WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

COMES NOW Defendant and files its Motion to Allow Withdrawal and Substitution of Counsel. In support of the Motion, Defendant submits the following:

1. Leigh M. Nason will no longer be handling this matter as the result of time demands from other legal matters for which she is responsible.

2. Katherine Dudley Helms and Stephen L. Hall of Haynsworth Baldwin Johnson & Greaves LLC ask to be substituted as counsel of record for Defendant. Ms. Helms will act as lead counsel.

**GRANTED**

/s/ Matthew J. Perry
MATTHEW J. PERRY, Jr.
UNITED STATES DISTRICT JUDGE

42

41

3.  Neither Plaintiff nor Defendant will be prejudiced by this withdrawal and substitution.

WHEREFORE, Defendant requests that this Motion to Allow Withdrawal and Substitution of Counsel be granted.

Dated this the 6th day of July 2000.

Respectfully submitted,

HAYNSWORTH BALDWIN
JOHNSON & GREAVES LLC

By: *Katherine Dudley Helms*
Katherine Dudley Helms
Federal Court ID No. 1811

By: *Leigh M. Nason*
Leigh M. Nason
Federal Court ID No. 4830

By: *Stephen L. Hall*
Stephen L. Hall
Federal Court ID No. 7418

1201 Main Street, Suite 1230
Columbia, SC  29201
803.799.5858

2

## CERTIFICATE OF SERVICE

I, Katherine Dudley Helms, do hereby certify that the foregoing **MOTION TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL** has been served upon the following person by certified mail, return receipt requested, properly addressed, and with the correct amount of postage affixed thereto:

>Ray P. McClain, Esq.
>Post Office Box 608
>Charleston, SC  29402

Dated this the 6th day of July 2000.

*Katherine Dudley Helms*
Katherine Dudley Helms
Federal Court ID No. 1811

1201 Main Street, Suite 1230
Columbia, SC 29201
803.799.5858